

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-5-2012

# USA v. Abdul;Muhammud

Precedential or Non-Precedential: Precedential

Docket No. 10-3138

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Abdul;Muhammud" (2012). *2012 Decisions.* Paper 97.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/97

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 17, 2012

No. 10-3138

UNITED STATES OF AMERICA

v.

ABDUL KARIEM MUHAMMUD,
a/k/a Gerald Rogers

Abdul Kariem Muhammud,
                                        Appellant

(E.D. Pa. No. 07-cr-00062)

Present:  SCIRICA, ROTH and BARRY, Circuit Judges

Motion by Appellee to Publish Opinion entered September 28, 2012.

                                        Respectfully,
                                        Clerk/cjg

_____ORDER_____
The foregoing motion is GRANTED.

                                        By the Court,

                                        **/s/Maryanne Trump Barry**
                                        Circuit Judge

Dated: November 5, 2012
CJG/cc: Mary E. Crawley, Esq.
          Annette Verdesco, Esq.